**No. 56162.**—Barnet Bros. Leather Co., Inc., et al. *v.* United States, protests 174877–K, etc. (New York).

Opinion by Mollison, J. Following the authorities cited in Abstact 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, DECEMBER 11, 1951

**No. 56163.**—Delmark Watch Co. *v.* United States, protest 171871–K (New York).

Opinion by Lawrence, J. It was stipulated that the items of merchandise in question consist of watch movements similar in all material respects to those which were the subject of *United States* v. *Helbros Watch Co. et al.* (38 C. C. P. A. 1, C. A. D. 430). Upon the agreed statement of facts and the cited authority, the merchandise was held properly dutiable at the base rate of 90 cents each as watch movements more than 1 inch but less than 1.77 inches wide under paragraph 367 (a) (1), as modified, *supra*.

**No. 56164.**—Alreco Metal Corp. et al. *v.* United States, protests 172178–K (B), etc. (New York).

Opinion by Lawrence, J. The protests were dismissed.

**No. 56165.**—H. & P. House Furnishing Co. and Inter Maritime Fwdg. Co., Inc. *v.* United States, protests 173012–K and 172544–K (New York).

Opinion by Lawrence, J. The protests were dismissed.

**No. 56166.**—Russell Uniform Co. et al. *v.* United States, protests 158152–K, etc. (New York).

Opinion by Ford, J. The protests were dismissed.

**No. 56167.**—Gimbel Bros., Inc., et al. *v.* United States, protests 173203–K, etc. (New York).

Opinion by Ford, J. The protests were dismissed.

**No. 56168.**—H. Bendel, Inc., et al. *v.* United States, protests 173660–K, etc. (New York).

Opinion by Ford, J. The protests were dismissed.